# United States District Court
## Northern District of Illinois
### Eastern Division

USA

v.

Giralamo

**JUDGMENT IN A CIVIL CASE**

Case Number: 04 C 2647

DOCKETED OCT 1 9 2004

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is denied.

Michael W. Dobbins, Clerk of Court

Michael Dooley

Date: 10/15/2004

Michael Dooley, Deputy Clerk

10